1   KEVIN V. RYAN, CSBN 118321
United States Attorney
2   JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3   Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6       Telephone: (415) 436-7124
FAX: (415) 436-7169

7

8   Attorneys for Defendants

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  LEVENT CAGLAR,                          )
                                            )   Case No. 06-5521 BZ
13                  Plaintiff,              )
                                            )
14          v.                              )
                                            )
15  ALBERTO GONZALES, Attorney General of the )  **STIPULATION TO DISMISS AND**
    United States; *et al.*,                )   **ORDER**
16                                          )
                    Defendants.             )
17  _____ )

18      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

19  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

20  action without prejudice in light of the fact that the United States Citizenship and Immigration

21  Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

22  adjudicate such application within 30 days of the dismissal of this action.

23      Each of the parties shall bear their own costs and fees.

24  ///

25  ///

26  ///

27  ///

28  ///

STIP. TO DISMISS
C 06-5521 BZ

1  Date: October 19, 2006                     Respectfully submitted,

2                                             KEVIN V. RYAN
                                              United States Attorney
3

4
                                             _____/s/_____
5                                            ILA C. DEISS
                                             Assistant United States Attorney
6                                            Attorneys for Defendants

7

8
   Date: October 19, 2006                    _____/s/_____
9                                            JUSTIN FOK
                                             Attorney for Plaintiff
10

11                              **ORDER**

12          Pursuant to stipulation, IT IS SO ORDERED.

13

14  Date: October 20, 2006                   _____
                                             BERNARD ZIMMERMAN
15                                           United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO DISMISS
C 06-5521 BZ                          2